

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:23CR00018 BSM |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| MARY MICHELLE CARTER | ) | 18 U.S.C. § 371 |
| KEVIN SMITH | ) | 18 U.S.C. § 922(d) |
| | ) | 18 U.S.C. § 922(g)(1) |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

On or about May 3, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

1.   A Sarsilmaz ("SAR"), 9mm pistol, bearing serial number T1102-21BV75327;

2.   A Sarsilmaz ("SAR"), 9mm pistol, bearing serial number T1102-20BV10255;

3.   A Smith & Wesson, 9mm pistol, bearing serial number FDF1615;

4.   A Ruger, 9mm pistol, bearing serial number 459-18799;

5.   A Taurus, 9mm pistol, bearing serial number ACD769300; and

6.   A Taurus, 9mm pistol, bearing serial number ACD739895;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title

18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn &

Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form

4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material

to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44

of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2

On or about May 7, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of a firearm, that is: a Polymer80, 9mm pistol, bearing serial number CA24237, from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 3

On or about May 28, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

1.      A Polymer80, 9mm pistol, bearing serial number SA28254; and

2.    A Glock, .40 S&W caliber pistol, bearing serial number BTSG435;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

**COUNT 4**

On or about June 2, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

1.    A Glock, .357 caliber pistol, bearing serial number BMVS257; and

2.    A Zaviar Firearms, .300 caliber pistol, bearing serial number Z211658;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the

firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 5

On or about June 4, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

1.  A Smith & Wesson, .40 S&W caliber pistol, bearing serial number NKK0209;

2.  A Glock, .45 ACP pistol, bearing serial number AFNU007; and

3.  A Glock, .40 S&W caliber pistol, bearing serial number BTSH505;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 6

On or about June 8, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of a firearm, that is: a Glock, 9mm pistol, bearing serial number BGEU366, from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 7

On or about June 10, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

1.      A Smith & Wesson, .40 S&W caliber pistol, bearing serial number FDJ2663; and

2.      A Glock, .40 S&W caliber pistol, bearing serial number BTSM386;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the

firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 8

On or about June 23, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

1.  A Glock, .45 GAP caliber pistol, bearing serial number RUP986;

2.  A Smith & Wesson, 9mm pistol, bearing serial number FDJ1272; and

3.  A Smith & Wesson, 9mm pistol, bearing serial number FDA6872;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 9

On or about July 12, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

1.      A Glock, 9mm pistol, bearing serial number BSTW696;

2.      A Glock, .45 ACP caliber pistol, bearing serial number BHLF710; and

3.      A Glock, 9mm pistol, bearing serial number BTMY669;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 10

On or about July 13, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of a firearm, that is: a Brigade Manufacturing, 9mm pistol, bearing serial number 22922F, from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then

knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 11

On or about July 14, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

      1.     A Zaviar Firearms, .223/.556 caliber pistol, bearing serial number Z211347; and

      2.     A Glock, 9mm pistol, bearing serial number BSWB094;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 12

On or about September 1, 2021, in the Eastern District of Arkansas, the defendant,

MARY MICHELLE CARTER,

in connection with the acquisition of one or more of the following firearms:

      1.     A Charter Arms, .38 Special revolver, bearing serial number 21L06597;

2.        A Smith & Wesson, .380 caliber pistol, bearing serial number KHZ8435; and

3.        A Glock, 9mm pistol, bearing serial number BUAP628;

from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm(s) to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm(s) indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm(s), in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 13

From in or about May 2021 until on or about October 31, 2021, in the Eastern District of Arkansas and elsewhere, the defendant,

KEVIN SMITH,

knowingly, voluntarily, and intentionally conspired with MARY MICHELLE CARTER, and with other persons, known and unknown to the Grand Jury, in connection with the acquisition of one or more firearms from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of the sale and transfer of the firearm(s)

under Chapter 44 of Title 18, in violation of Title 18, United States Code, Section 922(a)(6), and

in furtherance of the conspiracy, one or more of the co-conspirators committed the following:

OVERT ACTS

1-12.   The Grand Jury hereby realleges Counts 1-12, as if set forth herein, word for word.

All in violation of Title 18, United States Code, Section 371.


**COUNT 14**

From in or about May 2021 until on or about October 31, 2021, in the Eastern District of

Arkansas and elsewhere, the defendant,

KEVIN SMITH,

knowingly, voluntarily, and intentionally conspired with MARY MICHELLE CARTER, and with

other persons, known and unknown to the Grand Jury, to knowingly dispose of one or more

firearms to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of

a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United

States Code, Section 922(d), and in furtherance of the conspiracy, one or more of the co-

conspirators committed the following:

OVERT ACTS

1-24.   The Grand Jury hereby realleges Counts 1-12 and Counts 15-38, as if set forth herein, word

for word.

All in violation of Title 18, United States Code, Section 371.

## COUNT 15

On or about May 3, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

1.    A Sarsilmaz ("SAR"), 9mm pistol, bearing serial number T1102-21BV75327;

2.    A Sarsilmaz ("SAR"), 9mm pistol, bearing serial number T1102-20BV10255;

3.    A Smith & Wesson, 9mm pistol, bearing serial number FDF1615;

4.    A Ruger, 9mm pistol, bearing serial number 459-18799;

5.    A Taurus, 9mm pistol, bearing serial number ACD769300; and

6.    A Taurus, 9mm pistol, bearing serial number ACD739895;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 16

On or about May 7, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of a firearm, that is: a Polymer80, 9mm pistol, bearing serial number CA24237, to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 17

On or about May 28, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

        1.      A Polymer80, 9mm pistol, bearing serial number SA28254; and

        2.      A Glock, .40 S&W caliber pistol, bearing serial number BTSG435;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 18

On or about June 2, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

        1.      A Glock, .357 caliber pistol, bearing serial number BMVS257; and

        2.      A Zaviar Firearms, .300 caliber pistol, bearing serial number Z211658;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 19

On or about June 4, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

      1.     A Smith & Wesson, .40 S&W caliber pistol, bearing serial number NKK0209;

      2.     A Glock, .45 ACP pistol, bearing serial number AFNU007; and

      3.     A Glock, .40 S&W caliber pistol, bearing serial number BTSH505;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 20

On or about June 8, 2021, in the Eastern District of Arkansas, the defendant,

### KEVIN SMITH,

knowingly disposed of a firearm, that is: a Glock, 9mm pistol, bearing serial number BGEU366, to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 21

On or about June 10, 2021, in the Eastern District of Arkansas, the defendant,

### KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

      1.     A Smith & Wesson, .40 S&W caliber pistol, bearing serial number FDJ2663; and

      2.      A Glock, .40 S&W caliber pistol, bearing serial number BTSM386;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 22

On or about June 23, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

      1.      A Glock, .45 GAP caliber pistol, bearing serial number RUP986;

      2.      A Smith & Wesson, 9mm pistol, bearing serial number FDJ1272; and

      3.      A Smith & Wesson, 9mm pistol, bearing serial number FDA6872;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 23

On or about July 12, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

      1.      A Glock, 9mm pistol, bearing serial number BSTW696;

      2.      A Glock, .45 ACP caliber pistol, bearing serial number BHLF710; and

      3.      A Glock, 9mm pistol, bearing serial number BTMY669;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 24

On or about July 13, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of a firearm, that is: a Brigade Manufacturing, 9mm pistol, bearing serial number 22922F, to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 25

On or about July 14, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

      1.      A Zaviar Firearms, .223/.556 caliber pistol, bearing serial number Z211347; and

      2.      A Glock, 9mm pistol, bearing serial number BSWB094;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 26

On or about September 1, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly disposed of one or more of the following firearms:

        1.      A Charter Arms, .38 Special revolver, bearing serial number 21L06597;

        2.      A Smith & Wesson, .380 caliber pistol, bearing serial number KHZ8435; and

        3.      A Glock, 9mm pistol, bearing serial number BUAP628;

to O.B., knowing and having reasonable cause to believe that O.B. had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d).

## COUNT 27

A.    On or about May 3, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

        1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-213;

        2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-256;

3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and

Delivery of a Counterfeit Substance in the Circuit Court of Phillips

County, Arkansas, in Case Number CR 98-116; and

4.      Possession of Controlled Substance (Methamphetamine), in the Circuit

Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about May 3, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      A Sarsilmaz ("SAR"), 9mm pistol, bearing serial number T1102-
        21BV75327;

2.      A Sarsilmaz ("SAR"), 9mm pistol, bearing serial number T1102-
        20BV10255;

3.      A Smith & Wesson, 9mm pistol, bearing serial number FDF1615;

4.      A Ruger, 9mm pistol, bearing serial number 459-18799;

5.      A Taurus, 9mm pistol, bearing serial number ACD769300; and

6.      A Taurus, 9mm pistol, bearing serial number ACD739895.

All in violation of Title 18, United States Code, Section 922(g)(1).


## COUNT 28

A.      On or about May 7, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable

by a term of imprisonment exceeding one year:

1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-213;

2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-256;

3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and Delivery of a Counterfeit Substance in the Circuit Court of Phillips County, Arkansas, in Case Number CR 98-116; and

4.      Possession of Controlled Substance (Methamphetamine), in the Circuit Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about May 7, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, a firearm, that is: a Polymer80, 9mm pistol, bearing serial number CA24237, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 29

A.      On or about May 28, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-213;

2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-256;

3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and

Delivery of a Counterfeit Substance in the Circuit Court of Phillips

County, Arkansas, in Case Number CR 98-116; and

4.      Possession of Controlled Substance (Methamphetamine), in the Circuit

Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about May 28, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      A Polymer80, 9mm pistol, bearing serial number SA28254; and

2.      A Glock, .40 S&W caliber pistol, bearing serial number BTSG435.

All in violation of Title 18, United States Code, Section 922(g)(1).


## COUNT 30

A.      On or about June 2, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable

by a term of imprisonment exceeding one year:

1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of

Phillips County, Arkansas, in Case Number CR 97-213;

2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in

Case Number CR 97-256;

3.     Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and

Delivery of a Counterfeit Substance in the Circuit Court of Phillips

County, Arkansas, in Case Number CR 98-116; and

4.     Possession of Controlled Substance (Methamphetamine), in the Circuit

Court of Phillips County, Arkansas, in Case Number 2009-208.

B.     On or about June 2, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.     A Glock, .357 caliber pistol, bearing serial number BMVS257; and

2.     A Zaviar Firearms, .300 caliber pistol, bearing serial number Z211658.

All in violation of Title 18, United States Code, Section 922(g)(1).


## COUNT 31

A.     On or about June 4, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable

by a term of imprisonment exceeding one year:

1.     Possession/Delivery of a Controlled Substance, in the Circuit Court of

Phillips County, Arkansas, in Case Number CR 97-213;

2.     Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in

Case Number CR 97-256;

3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and

Delivery of a Counterfeit Substance in the Circuit Court of Phillips

County, Arkansas, in Case Number CR 98-116; and

4.      Possession of Controlled Substance (Methamphetamine), in the Circuit

Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about June 4, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      A Smith & Wesson, .40 S&W caliber pistol, bearing serial number

NKK0209;

2.      A Glock, .45 ACP pistol, bearing serial number AFNU007; and

3.      A Glock, .40 S&W caliber pistol, bearing serial number BTSH505.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 32

A.      On or about June 8, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable

by a term of imprisonment exceeding one year:

1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of

Phillips County, Arkansas, in Case Number CR 97-213;

2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in

Case Number CR 97-256;

        3.       Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and Delivery of a Counterfeit Substance in the Circuit Court of Phillips County, Arkansas, in Case Number CR 98-116; and

        4.       Possession of Controlled Substance (Methamphetamine), in the Circuit Court of Phillips County, Arkansas, in Case Number 2009-208.

B.     On or about June 8, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, 9mm pistol, bearing serial number BGEU366, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 33**

A.     On or about June 10, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

        1.       Possession/Delivery of a Controlled Substance, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-213;

        2.       Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-256;

        3.       Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and Delivery of a Counterfeit Substance in the Circuit Court of Phillips County, Arkansas, in Case Number CR 98-116; and

22

4.      Possession of Controlled Substance (Methamphetamine), in the Circuit
Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about June 10, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.      A Smith & Wesson, .40 S&W caliber pistol, bearing serial number
FDJ2663; and

2.      A Glock, .40 S&W caliber pistol, bearing serial number BTSM386.

All in violation of Title 18, United States Code, Section 922(g)(1).


## COUNT 34

A.      On or about June 23, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable
by a term of imprisonment exceeding one year:

1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of
Phillips County, Arkansas, in Case Number CR 97-213;

2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in
Case Number CR 97-256;

3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and
Delivery of a Counterfeit Substance in the Circuit Court of Phillips
County, Arkansas, in Case Number CR 98-116; and

    4.      Possession of Controlled Substance (Methamphetamine), in the Circuit Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about June 23, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

    1.      A Glock, .45 GAP caliber pistol, bearing serial number RUP986;

    2.      A Smith & Wesson, 9mm pistol, bearing serial number FDJ1272; and

    3.      A Smith & Wesson, 9mm pistol, bearing serial number FDA6872.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 35

A.      On or about July 12, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

    1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-213;

    2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-256;

    3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and Delivery of a Counterfeit Substance in the Circuit Court of Phillips County, Arkansas, in Case Number CR 98-116; and

    4.      Possession of Controlled Substance (Methamphetamine), in the Circuit Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about July 12, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

    1.      A Glock, 9mm pistol, bearing serial number BSTW696;

    2.      A Glock, .45 ACP caliber pistol, bearing serial number BHLF710; and

    3.      A Glock, 9mm pistol, bearing serial number BTMY669.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 36

A.      On or about July 13, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

    1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-213;

    2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-256;

    3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and Delivery of a Counterfeit Substance in the Circuit Court of Phillips County, Arkansas, in Case Number CR 98-116; and

4.    Possession of Controlled Substance (Methamphetamine), in the Circuit
Court of Phillips County, Arkansas, in Case Number 2009-208.

B.    On or about July 13, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, a firearm, that is: a Brigade Manufacturing,
9mm pistol, bearing serial number 22922F, in violation of Title 18, United States Code, Section
922(g)(1).


**COUNT 37**

A.    On or about July 14, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable
by a term of imprisonment exceeding one year:

1.    Possession/Delivery of a Controlled Substance, in the Circuit Court of
Phillips County, Arkansas, in Case Number CR 97-213;

2.    Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in
Case Number CR 97-256;

3.    Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and
Delivery of a Counterfeit Substance in the Circuit Court of Phillips
County, Arkansas, in Case Number CR 98-116; and

4.    Possession of Controlled Substance (Methamphetamine), in the Circuit
Court of Phillips County, Arkansas, in Case Number 2009-208.

B.    On or about July 14, 2021, in the Eastern District of Arkansas, the defendant,

26

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

      1.      A Zaviar Firearms, .223/.556 caliber pistol, bearing serial number Z211347; and

      2.      A Glock, 9mm pistol, bearing serial number BSWB094.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 38

A.      On or about September 1, 2021, the defendant,

KEVIN SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

      1.      Possession/Delivery of a Controlled Substance, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-213;

      2.      Breaking or Entering, in the Circuit Court of Phillips County, Arkansas, in Case Number CR 97-256;

      3.      Attempted Delivery of a Controlled Substance (Cocaine)(2 counts) and Delivery of a Counterfeit Substance in the Circuit Court of Phillips County, Arkansas, in Case Number CR 98-116; and

      4.      Possession of Controlled Substance (Methamphetamine), in the Circuit Court of Phillips County, Arkansas, in Case Number 2009-208.

B.      On or about September 1, 2021, in the Eastern District of Arkansas, the defendant,

KEVIN SMITH,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.    A Charter Arms, .38 Special revolver, bearing serial number 21L06597;

2.    A Smith & Wesson, .380 caliber pistol, bearing serial number KHZ8435; and

3.    A Glock, 9mm pistol, bearing serial number BUAP628.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, or 12 of this Superseding Indictment, the defendant, MARY MICHELLE CARTER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of any offense alleged in Counts 13-38 of this Superseding Indictment, the defendant, KEVIN SMITH, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]