IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 2:23-cr-00018-BSM |
| | ) |
| MARY MICHELLE CARTER, et al | ) |

## JOINT STATUS REPORT

COME NOW the United States of America by and through its attorney, Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant United States Attorney for said district, and the defendants through their counsel, and provide the following information in response to the Court's Order dated September 18, 2024 (*Doc. No. 121*):

The United States has recently communicated plea offers to each defendant. Orister Burton has accepted the plea offer and is in communication with the Court about scheduling a plea date. The parties do not anticipate needing a trial for the other defendants, but a brief continuance may be needed to complete plea negotiations and to schedule plea hearings.

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney

MICHAEL GORDON
TX Bar Number 00795383
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR  72203
Telephone:  501-340-2600
E-mail: michael.gordon@usdoj.gov